IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN LEE ROBINSON, JR.,**

    **Plaintiff,**

v.                        No. 12-cv-842-DRH-CJP

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

On July 25, 2012, John Robinson, Jr. filed a complaint against the Commissioner of Social Security for judicial review of an administrative agency's decision (Doc. 2). Specifically, Robinson seeks judicial review of the Commissioner's decision denying him Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) benefits pursuant to 42 U.S.C. § 423.

On October 28, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation (the "Report") finding that the Administrative Law Judge committed no errors of law and that his findings were supported by substantial evidence. Accordingly, Magistrate Judge Proud recommended that the Court affirm the final decision of the Commissioner of Social Security denying Robinson's applications for DIB and SSI.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by November 15, 2013. To date, none

of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 23). The Court **AFFIRMS** the Commissioner's decision and **DISMISSES with prejudice** the complaint.

**IT IS SO ORDERED.**

Singed this 25th day of November, 2013.

Digitally signed by David R. Herndon
Date: 2013.11.25 10:41:27 -06'00'

**Chief Judge**
**United States District Court**