## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**JOHN LEE ROBINSON, JR.**,

　　Plaintiff,

v.

**CAROLYN W. COLVIN**,
*Acting Commissioner of Social Security*,

　　Defendant.　　　　　　　　　　　　　No. 12-cv-842-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 25, 2013, the Report and Recommendation is **ADOPTED** in its entirety. The Commissioner's decision is **AFFIRMED** and the complaint is **DISMISSED** with prejudice.

　　　　　　　　　　　　　　　　　NANCY J. ROSENSTENGEL,
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　BY:　　/s/*Sara Jennings*　　　　　
　　　　　　　　　　　　　　　　　　**Deputy Clerk**

Dated:　November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 12:24:47 -06'00'

APPROVED:
　　　　CHIEF JUDGE
　　　　U. S. DISTRICT COURT